FILED IN CHAMBERS
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCT 2 9 2013

James N. Hatten, Clerk
By: _____
Deputy Clerk

CARLOS LAUREANO-CASTELLON,       :
                                 :
        Movant                   :      CRIMINAL ACTION FILE NO.
                                 :      1:10-CR-083-ODE-JSA
v.                               :
                                 :      CIVIL ACTION FILE NO.
UNITED STATES OF AMERICA,        :      1:13-CV-784-ODE-JSA
                                 :
        Respondent               :

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed August 29, 2013 ("R&R") [Doc. 89].  No objections have been filed.[1]

In the Report and Recommendation, the Magistrate Judge recommends that Movant's § 2255 motion be denied and that a certificate of appealability be denied. Specifically, the Magistrate Judge found that Movant's plea was knowing and voluntary and that all of Movant's remaining claims are barred by the appellate waiver in Movant's plea agreement and the law-of-the-case doctrine.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court.  For the reasons set

---

[1]The envelope containing Movant's service copy of the R&R came back to the Court with the notation "Return to Sender" and "Inmate not at this Institution."  In an Order dated September 12, 2013, the Magistrate Judge noted that it appeared Movant had been transferred to the McRae Correctional Institution.  The Magistrate Judge directed the Clerk to send Movant another copy of the R&R and allowed Movant an additional fourteen days from the date of service of that Order to file any objections to the R&R.  No objections have been filed.

forth in the Report and Recommendation, Movant's § 2255 motion [Doc. 82] is DENIED and a Certificate of Appealability is DENIED.

    SO ORDERED, this  27  day of October, 2013.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE